# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
RESURRECCION, HOMER § Case No. 12-16032
BASCO-RESURRECCION, MARIA LANI B §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on      .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BARRY A. CHATZ_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-16032 | WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | RESURRECCION, HOMER | | | Date Filed (f) or Converted (c): | 04/19/12 (f) |
| | BASCO-RESURRECCION, MARIA LANI B | | | 341(a) Meeting Date: | 06/26/12 |
| For Period Ending: | 10/23/14 | | | Claims Bar Date: | 11/28/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Second Home at 8623 West Sunset Road, Niles, IL 60 | 550,000.00 | 0.00 | | 0.00 | FA |
| 2. Single Family Residence at 3914 Harvard Terrace, S | 275,000.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies AMERICAN GENERAL LIFE INSURANCE POLICY | 0.00 | 0.00 | | 33,592.43 | FA |
| 8. Insurance Policies METROPOLITAN LIFE INSURANCE COMPANY | 0.00 | 0.00 | | 15,248.74 | FA |
| 9. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 10. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles | 1,500.00 | 100.00 | | 0.00 | FA |
| 12. Vehicles | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. Vehicles | 6,800.00 | 0.00 | | 3,800.00 | FA |
| 14. Unscheduled Assets (u) DEBTORS' SETTLEMENT PAYMENTS OF $8,320.30 AND $9,000.00 = $17,320.30 PURSUANT TO THE MOTION TO APPROVE COMPROMISE OR SETTLEMENT [DOCKET NO. 58] AND ORDER GRANTING MOTION TO APPROVE COMPROMISE OR SETTLEMENT [DOCKET NO. 61] | 0.00 | 8,320.30 | | 17,320.30 | FA |
| TOTALS (Excluding Unknown Values) | $837,600.00 | $8,420.30 | | $69,961.47 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-16032 WER Judge: EUGENE R. WEDOFF | Trustee Name: BARRY A. CHATZ |
| Case Name: | RESURRECCION, HOMER | Date Filed (f) or Converted (c): 04/19/12 (f) |
| | BASCO-RESURRECCION, MARIA LANI B | 341(a) Meeting Date: 06/26/12 |
| | | Claims Bar Date: 11/28/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL TAX RETURN BEING PREPARED; FILE TFR

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 12-16032 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | RESURRECCION, HOMER | Bank Name: | Congressional Bank |
| | BASCO-RESURRECCION, MARIA LANI B | Account Number / CD #: | *******8514  Money Market Account |
| Taxpayer ID No: | *******0331 | | |
| For Period Ending: | 10/23/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/12 | 7 | American General Life Insurance Company Houston, TX | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 18,181.80 | | 18,181.80 |
| 09/28/12 | 7 | AMERICAN GENERAL LIFE INSURANCE COMPANY HOUSTON, TX | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 15,410.63 | | 33,592.43 |
| 10/18/12 | 8 | Metropolitan Life Insurance Company | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 8,294.42 | | 41,886.85 |
| 10/18/12 | 8 | METROPOLITAN LIFE INSURANCE COMPANY | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 6,954.32 | | 48,841.17 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | 48,841.17 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 48,841.17 | 48,841.17 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 48,841.17 | |
| Subtotal | 48,841.17 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 48,841.17 | 0.00 | |

Page Subtotals    48,841.17    48,841.17

UST Form 101-7-TFR (5/1/2011) (Page: 5)
LFORM24
Ver: 18.03

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-16032 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RESURRECCION, HOMER | | Bank Name: | BANK OF NEW YORK MELLON |
| | BASCO-RESURRECCION, MARIA LANI B | | Account Number / CD #: | *******9261 Checking Account |
| Taxpayer ID No: | *******0331 | | | |
| For Period Ending: | 10/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 48,841.17 | | 48,841.17 |
| 02/20/13 | 13 | HOMER S. RESURECCION | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 3,800.00 | | 52,641.17 |
| | | MARIA LANI BASCO RESURRECCION | | | | | |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 24.69 | 52,616.48 |
| 03/15/13 | 14 | HOMER S. RESURRECCION | SETTLEMENT | 1249-000 | 1,600.00 | | 54,216.48 |
| | | MARIA LANI BASCO RESURRECCION | | | | | |
| | | 3914 HARVARD TERRACE | | | | | |
| | | SKOKIE, IL 60076 | | | | | |
| 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 79.21 | 54,137.27 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 77.88 | 54,059.39 |
| 05/09/13 | 14 | HOMER S. RESURRECCION | SETTLEMENT | 1229-000 | 2,605.00 | | 56,664.39 |
| | | MARIA LANI BASCO RESURRECCION | | | | | |
| | | 3914 HARVARD TERRACE | | | | | |
| | | SKOKIE, IL 60076 | | | | | |
| 06/07/13 | 14 | HOMER S. RESURRECCION | SETTLEMENT | 1229-000 | 2,605.00 | | 59,269.39 |
| | | MARIA LANI BASCO RESURRECCION | | | | | |
| | | 3914 HARVARD TERRACE | | | | | |
| | | SKOKIE, IL 60076 | | | | | |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 82.74 | 59,186.65 |
| 07/05/13 | 14 | HOMER RESURRECCION | SETTLEMENT | 1229-000 | 2,605.00 | | 61,791.65 |
| | | MARIA LANI BASCO RESURRECCION | | | | | |
| | | 3914 HARVARD TERRACE | | | | | |
| | | SKOKIE, IL 60076 | | | | | |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 83.91 | 61,707.74 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 90.87 | 61,616.87 |
| 08/12/13 | 14 | HOMER S. RESURRECCION | SETTLEMENT | 1249-000 | 2,605.00 | | 64,221.87 |
| | | 3914 HARVARD TERRACE | | | | | |
| | | SKOKIE, IL 60076 | | | | | |
| | | | Page Subtotals | | 64,661.17 | 439.30 | |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-16032 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RESURRECCION, HOMER | | Bank Name: | BANK OF NEW YORK MELLON |
| | BASCO-RESURRECCION, MARIA LANI B | | Account Number / CD #: | *******9261 Checking Account |
| Taxpayer ID No: | *******0331 | | | |
| For Period Ending: | 10/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 93.98 | 64,127.89 |
| 09/26/13 | 14 | HOMER RESURRECCION<br>3914 HARVARD TERRACE<br>SKOKIE, IL 60076 | SETTLEMENT | 1229-000 | 2,605.00 | | 66,732.89 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 92.40 | 66,640.49 |
| 10/11/13 | 14 | HOMER S. RESURRECCION<br>3914 HARVARD TERRACE<br>SKOKIE, IL 60076 | SETTLEMENT | 1229-000 | 2,605.00 | | 69,245.49 |
| 10/18/13 | 14 | HOMER RESURRECCION | SETTLEMENT | 1229-000 | 90.30 | | 69,335.79 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 101.24 | 69,234.55 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 99.61 | 69,134.94 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 102.78 | 69,032.16 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 56.84 | 68,975.32 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 102.64 | 68,872.68 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 92.52 | 68,780.16 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 102.25 | 68,677.91 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 98.81 | 68,579.10 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 101.96 | 68,477.14 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 98.52 | 68,378.62 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 101.66 | 68,276.96 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 101.51 | 68,175.45 |

Page Subtotals 5,300.30 1,346.72

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 12-16032 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | RESURRECCION, HOMER | Bank Name: | BANK OF NEW YORK MELLON |
| | BASCO-RESURRECCION, MARIA LANI B | Account Number / CD #: | *******9261 Checking Account |
| Taxpayer ID No: | *******0331 | | |
| For Period Ending: | 10/23/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 69,961.47 | 1,786.02 | 68,175.45 |
| Less: Bank Transfers/CD's | 48,841.17 | 0.00 | |
| Subtotal | 21,120.30 | 1,786.02 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 21,120.30 | 1,786.02 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********8514 | 48,841.17 | 0.00 | 0.00 |
| Checking Account - ********9261 | 21,120.30 | 1,786.02 | 68,175.45 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 69,961.47 | 1,786.02 | 68,175.45 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 23, 2014 |
|---|---|---|---|---|---|---|

Case Number: 12-16032
Debtor Name: RESURRECCION, HOMER

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $6,748.07 | $6,748.07 |
| 001<br>2200-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $101.00 | $101.00 |
| 000012<br>001<br>3210-00 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $13,552.05 | $13,552.05 |
| 000013<br>001<br>3410-00 | POPOWCER KATTEN, LTD.<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $931.00 | $931.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $56.84 | $56.84 |
| 000011A<br>040<br>5800-00 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Priority | | $0.00 | $2,913.41 | $2,913.41 |
| 000001<br>070<br>7100-00 | ATLAS ACQUISITIONS (MBNA<br>AMERICA)<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Unsecured | | $0.00 | $11,917.52 | $11,917.52 |
| 000002<br>070<br>7100-00 | ADVANTA BANK CORPORATION<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Unsecured | | $0.00 | $22,070.22 | $22,070.22 |
| 000003<br>070<br>7100-00 | NORDSTROM FSB<br>P.O. BOX 6566<br>ENGLEWOOD, CO 80155 | Unsecured | | $0.00 | $8,538.18 | $8,538.18 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | | $0.00 | $3,891.68 | $3,891.68 |
| 000005<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $16,879.90 | $16,879.90 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 23, 2014

Case Number: 12-16032
Debtor Name: RESURRECCION, HOMER

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $10,079.39 | $10,079.39 |
| 000007 070 7100-00 | FIA CARD SERVICES, N.A. 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | Unsecured | | $0.00 | $35,107.16 | $35,107.16 |
| 000008 070 7100-00 | AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $1,198.32 | $1,198.32 |
| 000010 070 7100-00 | PORTFOLIO RECOVERY ASSOC FOR US BANK POB 41067 NORFOLK VA 23541 | Unsecured | | $0.00 | $17,713.79 | $17,713.79 |
| 000011B 070 7100-00 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, ILLINOIS 60664-0338 | Unsecured | | $0.00 | $342.84 | $342.84 |
| 000009 050 4210-00 | WELLS FARGO PRACTICE FKA MATSCO 2000 POWELL ST 4TH FLOOR EMERYVILLE, CA 94608 | Secured | | $0.00 | $262,776.22 | $262,776.22 |
| | Case Totals: | | | $0.00 | $414,817.59 | $414,817.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-16032
Case Name: RESURRECCION, HOMER
                BASCO-RESURRECCION, MARIA LANI B
Trustee Name: BARRY A. CHATZ

Balance on hand      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | WELLS FARGO PRACTICE FKA MATSCO | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ | $ | $ |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS (MBNA AMERICA) | $ | $ | $ |
| 000002 | ADVANTA BANK CORPORATION | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | NORDSTROM FSB | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000005 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000006 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000007 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000008 | AMERICAN EXPRESS BANK, FSB | $ | $ | $ |
| 000010 | PORTFOLIO RECOVERY ASSOC FOR US BANK | $ | $ | $ |
| 000011B | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE