# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RESURRECCION, HOMER § Case No. 12-16032
BASCO-RESURRECCION, MARIA LANI §
B
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Tuesday, December 2, 2014 in Courtroom 744, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/05/2014            By: /s/ Barry A. Chatz, Trustee
                                        Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 12-16032-ERW
Homer Resurreccion                                                             Chapter 7
Maria Lani B Basco-Resurreccion
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1            Page 1 of 2                Date Rcvd: Nov 10, 2014
                              Form ID: pdf006            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2014.
```
db/jdb         +Homer Resurreccion,   Maria Lani B Basco-Resurreccion,   3914 Harvard Terrace,
                 Skokie, IL 60076-3640
18799588       +4815 North Damen, LLC,    4815 N. Damen,   Chicago, IL 60625-7825
18799592       +American Express,   PO Box 981535,   El Paso, TX 79998-1535
19513412        American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19385381       +Atlas Acquisitions LLC  (MBNA America, N.A.),    294 Union St.,   Hackensack, NJ 07601-4303
18799586       +Basco-Resurreccion Maria Lani,    3914 Harvard Terrace,   Skokie, IL 60076-3640
18799595       +Blatt, Hasenmiller,   % Citibank,   125 S. Wacker Drive, Suite 400,   Chicago, IL 60606-4440
18799596       +Capital One,   PO Box 85167,   Richmond, VA 23285-5167
19469255        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
18799597       +Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
18799598       +Citi Card,   PO Box 6235,   Sioux Falls, SD 57117-6235
19449476        FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
18799600        GE Healthcare Financial Services,    PO Box 414418,   Boston, MA  02241-4418
18799601       #+Hauselman, Rappin & Olswang,    Citi Mortgage,   39 S. LaSalle St., Suite 1105,
                 Chicago, IL 60603-1720
19463804      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:  Illinois Dept of Revenue,    Pob 1040,   Galesburg,IL 61402)
20563189        Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,
                 Chicago, Illinois 60664-0338
18799602       +Internal Revenue Service,    5100 River Road, Stop 506,   Schiller Park, IL 60176-1058
18799603       +Matsco,   2000 Powell St., 4th FL,   Emeryville, CA 94608-1850
19463805       +Northwestern Memorial Hospital,    Pob 73690,   Chicago,IL 60673-7690
19738940     +++Portfolio Recovery Associates LLC successor to,    US Bank National Assocation ND,   POB 41067,
                 Norfolk VA 23541-1067
18799605       +Profit-Tell International,    201 E. Ogden Ave., Suite 208,   Hinsdale, IL 60521-3680
18799585       +Resurreccion Homer,   3914 Harvard Terrace,   Skokie, IL 60076-3640
22613027       +Seterus, Inc. as the authorized subservicer for Fe,    c/o Pierce and Associates,
                 1 N. Dearborn, Suite 1300,   Chicago, IL 60602-4321
18799587       +Shawn S Kim Attorney at Law,    3758 West Montrose Ave,   Chicago, IL 60618-1027
18799606       +The Wirbicki Law Group,    % Bank Of America,   33 W. Monroe St., Suite 1140,
                 Chicago, IL 60603-5332
18799607      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:  US Bank,    PO Box 6352,   Fargo, ND  58125)
18799608       +Wells Fargo,   PO Box 4233,   Portland, OR 97208-4233
19615109       +Wells Fargo Practice Finance fka Matsco,    2000 Powell St 4th Floor,
                 Emeryville, CA 94608-1850
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18799590        E-mail/Text: bkr@cardworks.com Nov 11 2014 01:23:32     Advanta Bank Corp,   PO Box 8088,
                 Philadelphia, PA  19101
18799589       +E-mail/Text: www@arthuradler.com Nov 11 2014 01:25:12     Adler & Associates, Ltd,
                 % Bank Of America,   25 E. Washington , Suite 1221,   Chicago, IL 60602-1875
19385853        E-mail/Text: bkr@cardworks.com Nov 11 2014 01:23:32     Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
19267276       +E-mail/Text: bnc@atlasacq.com Nov 11 2014 01:23:59     Atlas Acquisitions LLC,   c/o Avi Schild,
                 294 Union St.,   Hackensack, NJ 07601-4303
18799604       +E-mail/Text: bnc@nordstrom.com Nov 11 2014 01:24:10     Nordstrom Bank,   PO Box 79137,
                 Phoenix, AZ 85062-9137
19414920       +E-mail/Text: bnc@nordstrom.com Nov 11 2014 01:24:10     Nordstrom fsb,   P.O. Box 6566,
                 Englewood, CO 80155-6566
                                                                                              TOTAL: 6
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18799591      ##+Alliance Commercial Capital,    865 N. LaSalle,   Chicago, IL 60610-3219
18799594      ##+Bank Of America,   PO Box 15184,   Wilmington, DE 19850-5184
18799593      ##+Bank Of America,   PO Box 15026,   Wilmington, DE 19850-5026
18799599      ##+Creditors Interchange,    FIA Card Services,   80 Holtz Drive,   Buffalo, NY 14225-1470
                                                                                   TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: cmendoza1         Page 2 of 2              Date Rcvd: Nov 10, 2014
                              Form ID: pdf006         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2014 at the address(es) listed below:
```
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Hyun S. Kim    on behalf of Joint Debtor Maria Lani B  Basco-Resurreccion kimwolfepc@yahoo.com
              Hyun S. Kim    on behalf of Debtor Homer  Resurreccion kimwolfepc@yahoo.com
              Michael  Dimand    on behalf of Creditor   U.S. Bank, National Association, as trustee
               mdimand@aol.com,   bankruptcyfilings@wirbickilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```