UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
RESURRECCION, HOMER § Case No. 12-16032
BASCO-RESURRECCION, MARIA LANI §
B
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alliance Commercial Capital 865 N. LaSalle Chicago, IL 60610 | | | | | |
| | Blatt, Hasenmiller % Citibank 125 S. Wacker Drive, Suite 400 Chicago, IL 60606 | | | | | |
| | GE Healthcare Financial Services PO Box 414418 Boston, MA 02241-4418 | | | | | |
| | Hauselman, Rappin & Olswang Citi Mortgage 39 S. LaSalle St., Suite 1105 Chicago, IL 60603 | | | | | |
| | Matsco 2000 Powell St., 4th FL Emeryville, CA 94608 | | | | | |
| | The Wirbicki Law Group % Bank Of America 33 W. Monroe St., Suite 1140 Chicago, IL 60603 | | | | | |
| | Wells Fargo PO Box 4233 Portland, OR 97208 | | | | | |
| 000009 | WELLS FARGO PRACTICE FKA MATSCO | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service 5100 River Road, Stop 506 Schiller Park, IL  60176 | | | | | |
| 000011A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adler & Associates, Ltd % Bank Of America 25 E. Washington , Suite 1221 Chicago, IL  60602 | | | | | |
| | Advanta Bank Corp PO Box 8088 Philadelphia, PA  19101 | | | | | |
| | American Express PO Box 981535 El Paso, TX  79998 | | | | | |
| | Bank Of America PO Box 15026 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America PO Box 15026 Wilmington, DE 19850 | | | | | |
| | Bank Of America PO Box 15184 Wilmington, DE 19850 | | | | | |
| | Capital One PO Box 85167 Richmond, VA  23285 | | | | | |
| | Capital One PO Box 85167 Richmond, VA  23285 | | | | | |
| | Chase Bank PO Box 15298 Wilmington, DE  19850 | | | | | |
| | Citi Card PO Box 6235 Sioux Falls, SD  57117 | | | | | |
| | Creditors Interchange FIA Card Services 80 Holtz Drive Buffalo, NY  14225 | | | | | |
| | Nordstrom Bank PO Box 79137 Phoenix, AZ  85062 | | | | | |
| | Profit-Tell International 201 E. Ogden Ave., Suite 208 Hinsdale, IL  60521 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank PO Box 6352 Fargo, ND 58125 | | | | | |
| | ADJUSTMENT-CORRECT ACCTNG ERROR | | | | | |
| 000002 | ADVANTA BANK CORPORATION | | | | | |
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | ATLAS ACQUISITIONS MBNA AMERICA | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000007 | FIA CARD SERVICES, N.A. | | | | | |
| 000011B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003 | NORDSTROM FSB | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOC US BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-16032 WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | RESURRECCION, HOMER | | Date Filed (f) or Converted (c): | 04/19/12 (f) |
| | BASCO-RESURRECCION, MARIA LANI B | | 341(a) Meeting Date: | 06/26/12 |
| For Period Ending: | 01/23/15 | | Claims Bar Date: | 11/28/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Second Home at 8623 West Sunset Road, Niles, IL 60 | 550,000.00 | 0.00 | | 0.00 | FA |
| 2. Single Family Residence at 3914 Harvard Terrace, S | 275,000.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies<br>AMERICAN GENERAL LIFE INSURANCE POLICY | 0.00 | 0.00 | | 33,592.43 | FA |
| 8. Insurance Policies<br>METROPOLITAN LIFE INSURANCE COMPANY | 0.00 | 0.00 | | 15,248.74 | FA |
| 9. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 10. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles | 1,500.00 | 100.00 | | 0.00 | FA |
| 12. Vehicles | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. Vehicles | 6,800.00 | 0.00 | | 3,800.00 | FA |
| 14. Unscheduled Assets (u)<br>DEBTORS' SETTLEMENT PAYMENTS OF $8,320.30 AND $9,000.00 = $17,320.30 PURSUANT TO THE MOTION TO APPROVE COMPROMISE OR SETTLEMENT [DOCKET NO. 58] AND ORDER GRANTING MOTION TO APPROVE COMPROMISE OR SETTLEMENT [DOCKET NO. 61] | 0.00 | 8,320.30 | | 17,320.30 | FA |
| TOTALS (Excluding Unknown Values) | $837,600.00 | $8,420.30 | | $69,961.47 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

LFORM1
Ver: 18.03b
UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-16032   WER   Judge: EUGENE R. WEDOFF | Trustee Name: BARRY A. CHATZ |
| Case Name: | RESURRECCION, HOMER | Date Filed (f) or Converted (c): 04/19/12 (f) |
| | BASCO-RESURRECCION, MARIA LANI B | 341(a) Meeting Date: 06/26/12 |
| | | Claims Bar Date: 11/28/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL TAX RETURN BEING PREPARED; FILE TFR

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-16032 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RESURRECCION, HOMER | | Bank Name: | Congressional Bank |
| | BASCO-RESURRECCION, MARIA LANI B | | Account Number / CD #: | *******8514  Money Market Account |
| Taxpayer ID No: | *******0331 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/12 | 7 | American General Life Insurance Company Houston, TX | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 18,181.80 | | 18,181.80 |
| 09/28/12 | 7 | AMERICAN GENERAL LIFE INSURANCE COMPANY HOUSTON, TX | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 15,410.63 | | 33,592.43 |
| 10/18/12 | 8 | Metropolitan Life Insurance Company | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 8,294.42 | | 41,886.85 |
| 10/18/12 | 8 | METROPOLITAN LIFE INSURANCE COMPANY | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 6,954.32 | | 48,841.17 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | 48,841.17 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 48,841.17 | 48,841.17 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 48,841.17 | |
| Subtotal | 48,841.17 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 48,841.17 | 0.00 | |

Page Subtotals   48,841.17   48,841.17

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-16032 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | RESURRECCION, HOMER | | Bank Name: | BANK OF NEW YORK MELLON |
| | BASCO-RESURRECCION, MARIA LANI B | | Account Number / CD #: | *******9261 Checking Account |
| Taxpayer ID No: | *******0331 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 48,841.17 | | 48,841.17 |
| 02/20/13 | 13 | HOMER S. RESURECCION | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 3,800.00 | | 52,641.17 |
| | | MARIA LANI BASCO RESURRECCION | | | | | |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 24.69 | 52,616.48 |
| 03/15/13 | 14 | HOMER S. RESURRECCION | SETTLEMENT | 1249-000 | 1,600.00 | | 54,216.48 |
| | | MARIA LANI BASCO RESURRECCION | | | | | |
| | | 3914 HARVARD TERRACE | | | | | |
| | | SKOKIE, IL 60076 | | | | | |
| 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 79.21 | 54,137.27 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 77.88 | 54,059.39 |
| 05/09/13 | 14 | HOMER S. RESURRECCION | SETTLEMENT | 1229-000 | 2,605.00 | | 56,664.39 |
| | | MARIA LANI BASCO RESURRECCION | | | | | |
| | | 3914 HARVARD TERRACE | | | | | |
| | | SKOKIE, IL 60076 | | | | | |
| 06/07/13 | 14 | HOMER S. RESURRECCION | SETTLEMENT | 1229-000 | 2,605.00 | | 59,269.39 |
| | | MARIA LANI BASCO RESURRECCION | | | | | |
| | | 3914 HARVARD TERRACE | | | | | |
| | | SKOKIE, IL 60076 | | | | | |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 82.74 | 59,186.65 |
| 07/05/13 | 14 | HOMER RESURRECCION | SETTLEMENT | 1229-000 | 2,605.00 | | 61,791.65 |
| | | MARIA LANI BASCO RESURRECCION | | | | | |
| | | 3914 HARVARD TERRACE | | | | | |
| | | SKOKIE, IL 60076 | | | | | |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 83.91 | 61,707.74 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 90.87 | 61,616.87 |
| 08/12/13 | 14 | HOMER S. RESURRECCION | SETTLEMENT | 1249-000 | 2,605.00 | | 64,221.87 |
| | | 3914 HARVARD TERRACE | | | | | |
| | | SKOKIE, IL 60076 | | | | | |

Page Subtotals 64,661.17 439.30

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-16032 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | RESURRECCION, HOMER | Bank Name: | BANK OF NEW YORK MELLON |
| | BASCO-RESURRECCION, MARIA LANI B | Account Number / CD #: | *******9261  Checking Account |
| Taxpayer ID No: | *******0331 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 93.98 | 64,127.89 |
| 09/26/13 | 14 | HOMER RESURRECCION<br>3914 HARVARD TERRACE<br>SKOKIE, IL 60076 | SETTLEMENT | 1229-000 | 2,605.00 | | 66,732.89 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 92.40 | 66,640.49 |
| 10/11/13 | 14 | HOMER S. RESURRECCION<br>3914 HARVARD TERRACE<br>SKOKIE, IL 60076 | SETTLEMENT | 1229-000 | 2,605.00 | | 69,245.49 |
| 10/18/13 | 14 | HOMER RESURRECCION | SETTLEMENT | 1229-000 | 90.30 | | 69,335.79 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 101.24 | 69,234.55 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 99.61 | 69,134.94 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 102.78 | 69,032.16 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 56.84 | 68,975.32 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 102.64 | 68,872.68 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 92.52 | 68,780.16 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 102.25 | 68,677.91 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 98.81 | 68,579.10 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 101.96 | 68,477.14 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 98.52 | 68,378.62 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 101.66 | 68,276.96 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 101.51 | 68,175.45 |
| 12/02/14 | 300002 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Trustee Compensation | 2100-000 | | 6,748.07 | 61,427.38 |
| 12/02/14 | 300003 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA | Trustee Expenses | 2200-000 | | 101.00 | 61,326.38 |

Page Subtotals       5,300.30       8,195.79

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-16032 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RESURRECCION, HOMER | | Bank Name: | BANK OF NEW YORK MELLON |
| | BASCO-RESURRECCION, MARIA LANI B | | Account Number / CD #: | *******9261 Checking Account |
| Taxpayer ID No: | *******0331 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/02/14 | 300004 | SUITE 1200<br>CHICAGO, IL 60606<br>GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Claim 000012, Payment 100.00% | | | 13,552.05 | 47,774.33 |
| | | | Fees       13,284.30 | 3210-000 | | | |
| | | | Expenses        267.75 | 3220-000 | | | |
| 12/02/14 | 300005 | POPOWCER KATTEN, LTD.<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | Claim 000013, Payment 100.00% | 3410-000 | | 931.00 | 46,843.33 |
| 12/02/14 | 300006 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Claim 000011A, Payment 100.00% | 5800-000 | | 2,913.41 | 43,929.92 |
| 12/02/14 | 300007 | ATLAS ACQUISITIONS (MBNA AMERICA)<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Claim 000001, Payment 34.39% | 7100-000 | | 4,098.48 | 39,831.44 |
| 12/02/14 | 300008 | ADVANTA BANK CORPORATION<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Claim 000002, Payment 34.39% | 7100-000 | | 6,590.03 | 33,241.41 |
| 12/02/14 | 300009 | NORDSTROM FSB<br>P.O. BOX 6566<br>ENGLEWOOD, CO 80155 | Claim 000003, Payment 34.39% | 7100-000 | | 2,936.31 | 30,305.10 |
| 12/02/14 | 300010 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Claim 000004, Payment 34.39% | 7100-000 | | 1,338.36 | 28,966.74 |
| 12/02/14 | 300011 | CAPITAL ONE BANK (USA), N.A. | Claim 000005, Payment 34.39% | 7100-000 | | 5,805.06 | 23,161.68 |

Page Subtotals          0.00          38,164.70

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-16032 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RESURRECCION, HOMER | | Bank Name: | BANK OF NEW YORK MELLON |
| | BASCO-RESURRECCION, MARIA LANI B | | Account Number / CD #: | *******9261 Checking Account |
| Taxpayer ID No: | *******0331 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/02/14 | 300012 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000006, Payment 34.39% | 7100-000 | | 3,466.34 | 19,695.34 |
| 12/02/14 | 300013 | FIA CARD SERVICES, N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000007, Payment 34.39% | 7100-000 | | 10,073.49 | 9,621.85 |
| 12/02/14 | 300014 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000008, Payment 34.39%<br>(8-1) CREDIT CARD DEBT | 7100-000 | | 412.11 | 9,209.74 |
| 12/02/14 | 300015 | PORTFOLIO RECOVERY ASSOC FOR US BANK<br>POB 41067<br>NORFOLK VA 23541 | Claim 000010, Payment 34.39%<br>(10-1) MODIFIED ON 11/30/2012 TO<br>CORRECT CREDITOR'S NAME (MG) | 7100-000 | | 5,091.84 | 4,117.90 |
| 12/02/14 | 300016 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Claim 000011B, Payment 34.39% | 7100-000 | | 117.90 | 4,000.00 |
| 12/11/14 | | TO CLOSE CASE | ADJUSTMENT OUT<br>12/1/14 ADJUSTMENT TO CORRECT<br>ACCOUNTING ERROR | 7100-000 | | 4,000.00 | 0.00 |

Page Subtotals  0.00  23,161.68

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-16032 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | RESURRECCION, HOMER | | Bank Name: | BANK OF NEW YORK MELLON |
| | BASCO-RESURRECCION, MARIA LANI B | | Account Number / CD #: | *******9261 Checking Account |
| Taxpayer ID No: | *******0331 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 69,961.47 | 69,961.47 | 0.00 |
| Less: Bank Transfers/CD's | 48,841.17 | 0.00 | |
| Subtotal | 21,120.30 | 69,961.47 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 21,120.30 | 69,961.47 | |
| | NET | NET | ACCOUNT |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Money Market Account - ********8514 | 48,841.17 | 0.00 | 0.00 |
| Checking Account - ********9261 | 21,120.30 | 69,961.47 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 69,961.47 | 69,961.47 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*